Matter of Marchetta (2024 NY Slip Op 05535)

Matter of Marchetta

2024 NY Slip Op 05535

Decided on November 7, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 7, 2024

PM-223-24
[*1]In the Matter of Anthony Joseph Marchetta, an Attorney. (Attorney Registration No. 4789244.)

Calendar Date:November 4, 2024

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, McShan and Powers, JJ.

Anthony Joseph Marchetta, Califon, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Anthony Joseph Marchetta was admitted to practice by this Court in 2010 and lists a business address in Parsippany, New Jersey with the Office of Court Administration. Marchetta now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Marchetta's application.
Upon reading Marchetta's affidavit sworn to September 20, 2024 and filed September 23, 2024, and upon reading the October 29, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Marchetta is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Pritzker, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Anthony Joseph Marchetta's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Anthony Joseph Marchetta's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Anthony Joseph Marchetta is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Marchetta is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Anthony Joseph Marchetta shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.